Exhibit 2

Method Claim :1

| US8849707B2 | Redfin ("The accused instrumentality") |
|---|---|
| 1. A method for facilitating business-to-business personal connections by enhancing Internet search results, the method comprising the machine-implemented steps of: | The accused instrumentality practices a method for facilitating business-to-business personal connections (e.g., selecting property Agents for selling and buying properties, etc.) by enhancing Internet search results (e.g., search Query results).<br><br>As shown below, the accused instrumentality is a B2B platform that allows property builders, sellers and buyers to purchase agent services. An agent's professional selling account page and a seller profile enlisting services for sale is created. Further, a property builder, seller or buyer (business customer) can search for a property service in the search bar and the accused instrumentality displays the relevant Agents based on the query.<br><br><br>https://www.redfin.com/ |



https://careers.redfin.com/real-estate

**Partner agents in Texas**

selling entities

When a Redfin agent isn't available, we recommend a partner agent from another brokerage. When you work with a partner agent you can expect the same high level of service as a Redfin agent. Find out more



David Sherbow
5.0 ★★★★★
16 reviews
Partner agent from Vybe Realty
2 recent deals

Aly Anderson Home Group
5.0 ★★★★★
13 reviews
Team of 5 agents
Partner agent from Keller Williams Gateway
23 recent deals

Jenny Cuevas
5.0 ★★★★★
8 reviews
Partner agent from Samson Properties
13 recent deals

Travis Bancroft
5.0 ★★★★★
6 reviews
Partner agent from Fathom Realty
11 recent deals

Rupert Andanar
5.0 ★★★★★
5 reviews
Partner agent from Next Step Realty
2 recent deals

Laura Christensen
5.0 ★★★★★
136 reviews
Partner agent from Berkshire Hathaway HomeServices PenFed Realty
2 recent deals

https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents

| | |
|---|---|
| | ## Redefine real estate with us<br><br>We believe real estate can be better—for customers, for agents, for everyone. Join us and help make it happen.<br><br>   <br><br>**Real Estate Agents**<br>Redfin Agents earn twice the median pay of agents at other brokerages.<br><br>Learn More ›<br><br>**Redfin Next**<br>Big splits. Zero expenses. Experience a whole new Redfin.<br><br>Learn More ›<br><br>**Real Estate Support Roles**<br>Be part of a team designed to deliver the best client experience in real estate.<br><br>Learn More ›<br><br>**Associate Agents**<br>Show homes, host open houses, and more as an independent contractor.<br><br>Learn More ›<br><br>https://careers.redfin.com/real-estate<br><br>A new construction home is one that has not been previously occupied. Typically, the seller of a new construction home is the builder. On Redfin.com, we define homes for sale as new construction based on whether the listing agent marked them as such in the Multiple Listing Service (MLS). Otherwise, Redfin marks homes as new construction if they were built within the past year and a half. Find out how to buy a new construction home.<br><br>https://www.redfin.com/definition/new-construction |
| registering one or more selling entities by establishing a selling entity account for each of the one or more selling entities in a business-to-business connectivity service, wherein each of the one or more selling entities corresponds to a single | The accused instrumentality practices registering one or more selling entities (e.g., Real Estate Agents, etc.) by establishing a selling entity account (e.g., a selling entity account page) for each of the one or more selling entities (e.g., Real Estate Agents, etc.) in a business-to-business connectivity service, wherein each of the one or more selling entities (e.g., Real Estate Agents, etc.) corresponds to a single individual (e.g., an individual with a registered Agent Licence, etc.) associated with one or more companies (e.g., Agent Team, etc.) and wherein each individual is associated with only one selling entity (e.g., A Real Estate Agent, etc.).<br><br>As shown below, the accused instrumentality is B2B platform that allows property |

individual associated with one or more companies and wherein each individual is associated with only one selling entity;

**Col 6: lines 13-21**

*According to one embodiment of the invention, <u>people register with an on-line business-to-business connectivity service by establishing buyer accounts and/or seller accounts. Those people who establish buyer accounts are "buying entities." Those people who establish seller accounts are "selling entities."</u> Upon establishing their accounts, buying entities and selling entities can specify, to the on-line service, attributes and characteristics that they possess in their capacities as buyers and sellers.*

**Col 7: lines 49-54**

*In block **108**, <u>the buying*

builders, sellers and buyers to purchase agent services. An agent's professional selling account page and a seller profile enlisting services for sale is created. The profile page includes the agents' (sellers') business information, services, ratings, etc.



https://careers.redfin.com/real-estate

*entity does business with the selling entity. For example, the buying entity may choose to respond to the selling entity's on-line solicitations made to the buying entity via the service. The buying entity may decide to purchase the products and/or services offered in the selling entity's on-line solicitations.*



https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents

### Partner agents in Austin

When a Redfin agent isn't available, we recommend a partner agent from another brokerage. When you work with a partner agent you can expect the same high level of service as a Redfin agent. Find out more



Ron Castagno

**4.9** ★★★★½

12 reviews

Partner agent from Grove Realty

1 recent deal

selling entity

https://www.redfin.com/neighborhood/364091/TX/Rosenberg/Austin/real-estate/agents



https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents



## About Ron

Backed by THE leading real estate company in the country, Keller Williams Premier Realty affords me and my clients the utmost in both technology and experience when selling/listing, buying, leasing or renting properties, particularly from an investment perspective. I also offer companies relocation services for their clients! The

https://www.redfin.com/real-estate-agents/ronald-castagno

## Redefine real estate with us

We believe real estate can be better—for customers, for agents, for everyone. Join us and help make it happen.



### Real Estate Agents

Redfin Agents earn twice the median pay of agents at other brokerages.

Learn More ›



### Redfin Next

Big splits. Zero expenses. Experience a whole new Redfin.

Learn More ›



### Real Estate Support Roles

Be part of a team designed to deliver the best client experience in real estate.

Learn More ›



### Associate Agents

Show homes, host open houses, and more as an independent contractor.

Learn More ›

https://careers.redfin.com/real-estate

| | Lead Agents | Associate Agents | Partner Agents |
|---|---|---|---|
| License required? | Yes | Yes | Yes |
| Employment | A Redfin employee | A Redfin contractor | Licensed at another brokerage |
| Responsibilities | Build relationships with customers asking for tours, listing consultations. Guide customers through their whole move: pricing, negotiations, contracts, closing. | Host home tours, open houses, inspections. Explain Redfin, forwarding service requests to a lead agent. | Respond to customers within five minutes of getting a service request. Take full responsibility for each customer's success, with no further Redfin guidance. |
| Hours | Whenever customers need service: days, nights, weekends. | Totally up to you. Many tours are on evenings or weekends. | Whenever customers need service: days, nights, weekends. |
| Experience required? | Sales experience preferred. | None. | 5+ home sales in the last 12 months. Redfin will ask those customers for reviews. |
| Pay | ~$100,000+ by second year | Up to $120 per tour | 30% referral fee paid to Redfin |
| | Learn more | | Learn more |

https://www.redfin.com/careers/real-estate/associate-agents



https://careers.redfin.com/us/en/real-estate-agents

https://www.redfin.com/guides/how-to-become-a-real-estate-agent



https://redfin.wd1.myworkdayjobs.com/redfin_careers/login/ok?redirect=%2Fen-US%2FTMNA%2FuserHome

| | |
|---|---|
| registering one or more buying entities by establishing a buying entity account for each of the one or more buying entities in a business-to-business connectivity service, wherein each of the one or more buying entities | The accused instrumentality practices registering one or more buying entities (e.g., Redfin Clients, etc.) by establishing a buying entity account (e.g., a user account) for each of the one or more buying entities (e.g., Redfin Clients, etc.) in a business-to-business connectivity service, wherein each of the one or more buying entities (e.g., Redfin Clients, etc.) corresponds to a single individual (e.g., a property builder, seller, buyer, etc.).

As shown below, the accused instrumentality is a B2B platform that allows property builders, sellers and buyers to purchase agent services. A user such as |

corresponds to a single individual;

**Col 6: lines 13-21**

*According to one embodiment of the invention, <u>people register with an on-line business-to-business connectivity service by establishing buyer accounts and/or seller accounts. Those people who establish buyer accounts are "buying entities." Those people who establish seller accounts are "selling entities."</u> Upon establishing their accounts, buying entities and selling entities can specify, to the on-line service, attributes and characteristics that they possess in their capacities as buyers and sellers.*

**Col 7: lines 49-54**

*In block **108**, <u>the buying entity does business with the selling entity. For example, the buying entity</u>*

property builders, sellers, buyers, etc., is required to register and create an account.



https://www.redfin.com/login

*may choose to respond to the selling entity's on-line solicitations made to the buying entity via the service. The buying entity may decide to purchase the products and/or services offered in the selling entity's on-line solicitations.*



https://www.redfin.com/myredfin/settings

A new construction home is one that has not been previously occupied. Typically, the seller of a new construction home is the builder. On Redfin.com, we define homes for sale as new construction based on whether the listing agent marked them as such in the Multiple Listing Service (MLS). Otherwise, Redfin marks homes as new construction if they were built within the past year and a half. Find out how to buy a new construction home.

https://www.redfin.com/definition/new-construction

| | |
|---|---|
| | **B. Registered Users of the Redfin Sites and Applications**<br><br>We are required to collect certain information, including your name and email address, as a condition of our licenses with the multiple real estate listing services (the "**MLSs**") in order to allow you to access the full MLS listings. You give us this information when you create your Redfin account. When you give us this information at one of our events, or upon your request, we will create a Redfin account for you, and you agree that this Privacy Policy and our Terms of Use apply. In addition, when you are signed into your Redfin account and using Redfin through Facebook, Twitter, or any other third-party authorization service, we may make use of the information that they provide us to further customize your Redfin experience. We may share Personal Information with such third parties to deliver Redfin tailored content both on our Services and on third party sites (e.g., social media sites).<br><br>• **My Redfin**: My Redfin is a feature that allows you to upload notes and photos about a property, save searches, add favorites and x-outs, and otherwise organize homes that may interest you. We save all of this "My Redfin" information for use later in connection with our Services. It is stored with your Redfin account information.<br><br>• **Account Password Security**: Your Redfin account password is encrypted on our server. It is your responsibility not to disclose your password to other people and to ensure you maintain its security.<br><br>• **Account Updates**: By visiting your My Redfin: Account Settings, you can correct, amend, add or delete Personal Information associated with your account. However, even after you update information, we may maintain a copy of the original information in our records as required by applicable law or other legal obligation.<br><br>**C. Home Tours, Real Estate Classes, and other In-Person Meetings**<br><br>https://www.redfin.com/about/privacy-policy |
| receiving one or more search query terms from a searching user; | The accused instrumentality discloses receiving one or more search query terms (e.g., location based searching such as Texas, MD, etc.) from a searching user.<br><br>As shown below, users can search for agents in their desired locality in the search bar, upon which each relevant agent operating in the queried location is displayed. |



https://www.redfin.com/



Source: Fiddler Capture


Source: Fiddler Capture



**Texas, MD Real estate agents**

Looking for agents in nearby areas?

| Neighborhood, City, ZIP, Agent name | 🔍 | **All** | Buy | Sell | ☐ Redfin Premier agents only ⓘ |

**Find the best local agents**

Redfin agents rank in the top 1% nationwide and are the most experienced in the industry. With local expertise backed by powerful technology, we know how to write winning offers and sell your home for top dollar. ⓘ

**Sort:** Recommended ▾

REDFIN PREMIER AGENT

**Jonathan Scheffenacker** — Contact
📞 (443) 590-3027
4.7 ⭐ 255 reviews
583 total deals   $207.6M sales volume

REDFIN PREMIER AGENT

**Mitch Toland Jr** — Contact
📞 (410) 988-3017
4.9 ⭐ 369 reviews
634 total deals   $221.4M sales volume

REDFIN AGENT

**Courtney Chase** — Contact
📞 (410) 406-7348
4.8 ⭐ 31 reviews
175 total deals   $42.7M sales volume

https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents

**Partner agents in Texas**

When a Redfin agent isn't available, we recommend a partner agent from another brokerage. When you work with a partner agent you can expect the same high level of service as a Redfin agent. Find out more


David Sherbow
5.0 ★★★★★
16 reviews
Partner agent from Vybe Realty
2 recent deals


Aly Anderson Home Group
5.0 ★★★★★
13 reviews
Team of 5 agents
Partner agent from Keller Williams Gateway
23 recent deals


Jenny Cuevas
5.0 ★★★★★
8 reviews
Partner agent from Samson Properties
13 recent deals


Travis Bancroft
5.0 ★★★★★
6 reviews
Partner agent from Fathom Realty
11 recent deals


Rupert Andanar
5.0 ★★★★★
5 reviews
Partner agent from Next Step Realty
2 recent deals


Laura Christensen
5.0 ★★★★★
136 reviews
Partner agent from Berkshire Hathaway HomeServices PenFed Realty
2 recent deals

https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents

### Find the best local agents

Redfin agents rank in the top 1% nationwide and are the most experienced in the industry. With local expertise backed by powerful technology, we know how to write winning offers and sell your home for top dollar.

Sort: Recommended ▼



https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents

**Partner agents in Texas**

When a Redfin agent isn't available, we recommend a partner agent from another brokerage. When you work with a partner agent you can expect the same high level of service as a Redfin agent. Find out more



David Sherbow
5.0 ★★★★★
16 reviews
Partner agent from
Vybe Realty
2 recent deals



Aly Anderson
Home Group
5.0 ★★★★★
13 reviews
Team of 5 agents
Partner agent from
Keller Williams Gateway
23 recent deals



Jenny Cuevas
5.0 ★★★★★
8 reviews
Partner agent from
Samson Properties
13 recent deals

https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents

| | |
|---|---|
| determining, based on the one or more search query terms, a first set of search results generated by an Internet search engine that queries the World Wide Web, that are relevant relative to the search query terms;<br><br>**Col 5: lines 46-57**<br><br>*Continuing the example, a prospective buyer might submit, to an Internet search engine, query terms* | The accused instrumentality practices determining, based on the one or more search query terms (e.g., location details such as Texas, MD, etc.), a first set of search results (e.g., All Agents related to the searched location, etc.) generated by an Internet search engine (e.g., a web browser) that queries the World Wide Web, that are relevant relative to the search query terms (e.g., location details such as Texas, MD, etc.).<br><br>As shown, when a customer enters keywords to search for an agent in the search bar, the accused instrumentality utilizes a web engine to query its database and displays the relevant results based on the search query. |

*that cause the Internet search engine to generate a list of search results.* The list might include a particular search result that corresponds to the "www.thiscompany.com" URL. *As a consequence of the list containing the particular search result, the list may be automatically enhanced to include seller-specific information* that is based on the ratings that are associated with the two selling entities that are associated with the "www.thiscompany.com" URL. *The seller-specific information may be presented in proximity with the particular search result in the list of search results that is presented to the prospective buyer.*



https://www.redfin.com/



https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents



**Find the best local agents**

Redfin agents rank in the top 1% nationwide and are the most experienced in the industry. With local expertise backed by powerful technology, we know how to write winning offers and sell your home for top dollar. ⓘ

**Sort:** Recommended ▾

**REDFIN PREMIER AGENT**

**Jonathan Scheffenacker** — Contact
☎ (443) 590-3027
4.7 ★★★★★ 255 reviews
583 total deals   $207.6M sales volume

**REDFIN PREMIER AGENT**

**Mitch Toland Jr** — Contact
☎ (410) 988-3017
4.9 ★★★★★ 369 reviews
634 total deals   $221.4M sales volume

**REDFIN AGENT**

**Courtney Chase** — Contact
☎ (410) 406-7348
4.8 ★★★★★ 31 reviews
175 total deals   $42.7M sales volume

**REDFIN AGENT**

**Walter Colquitt** — Contact
☎ (410) 514-3267
5.0 ★★★★★ 31 reviews
61 total deals   $25.2M sales volume

**REDFIN PREMIER AGENT**

**Bob Kimball** — Contact
☎ (410) 593-1990
4.8 ★★★★★ 133 reviews
483 total deals   $135.4M sales volume

**REDFIN AGENT**

**David Niedzialkowski** — Contact
☎ (410) 807-8798
4.9 ★★★★★ 63 reviews
134 total deals   $55.5M sales volume

https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents



### Partner agents in Texas

When a Redfin agent isn't available, we recommend a partner agent from another brokerage. When you work with a partner agent you can expect the same high level of service as a Redfin agent. Find out more

**David Sherbow**
5.0 ★★★★★
16 reviews
Partner agent from Vybe Realty
2 recent deals

**Aly Anderson Home Group**
5.0 ★★★★★
13 reviews
Team of 5 agents
Partner agent from Keller Williams Gateway
23 recent deals

**Jenny Cuevas**
5.0 ★★★★★
8 reviews
Partner agent from Samson Properties
13 recent deals

**Travis Bancroft**
5.0 ★★★★★
6 reviews
Partner agent from Fathom Realty
11 recent deals

**Rupert Andanar**
5.0 ★★★★★
5 reviews
Partner agent from Next Step Realty
2 recent deals

**Laura Christensen**
5.0 ★★★★★
136 reviews
Partner agent from Berkshire Hathaway HomeServices PenFed Realty
2 recent deals

https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents



**Find the best local agents**

Redfin agents rank in the top 1% nationwide and are the most experienced in the industry. With local expertise backed by powerful technology, we know how to write winning offers and sell your home for top dollar.

Sort: Recommended ▾

REDFIN PREMIER AGENT

Jonathan Scheffenacker    [ Contact ]
📞 (443) 590-3027
4.7 ★★★★☆ 255 reviews
583 total deals   $207.6M sales volume

REDFIN PREMIER AGENT

Mitch Toland Jr    [ Contact ]
📞 (410) 988-3017
4.9 ★★★★★ 369 reviews
634 total deals   $221.4M sales volume

REDFIN AGENT

Courtney Chase    [ Contact ]
📞 (410) 406-7348
4.8 ★★★★★ 31 reviews
175 total deals   $42.7M sales volume

https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents



Source: Fiddler Capture

## Partner agents in Texas

When a Redfin agent isn't available, we recommend a partner agent from another brokerage. When you work with a partner agent you can expect the same high level of service as a Redfin agent. Find out more

**David Sherbow**
5.0 ★★★★★
16 reviews
Partner agent from Vybe Realty
2 recent deals

**Aly Anderson Home Group**
5.0 ★★★★★
13 reviews
Team of 5 agents
Partner agent from Keller Williams Gateway
23 recent deals

**Jenny Cuevas**
5.0 ★★★★★
8 reviews
Partner agent from Samson Properties
13 recent deals

https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/



Source: Fiddler Capture

| | |
|---|---|
| selecting, from the first set, a second set of one or more search results, wherein each search result in the second set is selected in response to a determination that it comprises a Uniform Resource Locator (URL) that has been previously registered in association | The accused instrumentality discloses selecting, from the first set (e.g., all agents related to the searched location, etc.), a second set  (e.g., set of partner agents, etc.) of one or more search results, wherein each search result in the second set (e.g., set of partner agents, etc.) is selected in response to a determination that it comprises a Uniform Resource Locator (URL) that has been previously registered in association with at least one selling entity account in the business-to-business connectivity service.

As shown, the accused instrumentality selects partner agents based on their previous experience in buying and selling luxury homes. The agent account page |

| | |
|---|---|
| with at least one selling entity account in the business-to-business connectivity service; | comprises list of previously bought/sold property URLs by the agent.<br><br>**Texas, MD Real estate agents**<br><br>Looking for agents in nearby areas?<br><br>**Find the best local agents**<br><br>Redfin agents rank in the top 1% nationwide and are the most experienced in the industry. With local expertise backed by powerful technology, we know how to write winning offers and sell your home for top dollar.<br><br>Sort: Recommended<br><br><br><br>Jonathan Scheffenacker — (443) 590-3027 — 4.7 ★★★★ 255 reviews — 583 total deals — $207.6M sales volume<br><br>Mitch Toland Jr — (410) 988-3017 — 4.9 ★★★★★ 369 reviews — 634 total deals — $221.4M sales volume<br><br>Courtney Chase — (410) 406-7348 — 4.8 ★★★★★ 31 reviews — 175 total deals — $42.7M sales volume<br><br>https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents |



Source: Fiddler Capture

### Partner agents in Texas

When a Redfin agent isn't available, we recommend a partner agent from another brokerage. When you work with a partner agent you can expect the same high level of service as a Redfin agent. Find out more



https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents



https://www.redfin.com/real-estate-agents/alyson-anderson-home-group

| | |
|---|---|
| ranking the one or more search results in the second set based on at least one of: one or more ratings that are based on input from one or more buying entities or, a | The accused instrumentality discloses ranking (e.g., sorting) the one or more search results in the second set (e.g., set of partner agents) based on at least one of: one or more ratings (e.g., user ratings, etc.) that are based on input from one or more buying entities or, a filter score that is based on filter criteria specified by a submitter of the search query terms when the submitter of the search query terms is a buying entity. |

filter score that is based on filter criteria specified by a submitter of the search query terms when the submitter of the search query terms is a buying entity;

## Col 6: lines 38-43

*Significantly, a selling entity's attributes also include ratings that are provided by buying entities through the on-line business-to-business connectivity service. The ratings may pertain directly to the selling entity, and/or to the selling entity's company and/or the selling entity's products and/or services.*

## Col 15: lines 54-59

*For example, one such sorting mechanism may cause search results to be sorted based on rating information. Search results whose URLs are associated*

As shown, the accused instrumentality discloses sorting the property agents based on ratings given by the clients (property builders, sellers, buyers, etc.).



https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents

*with higher rating information may be placed closer to the top of the list than search results whose URLs are associated with lower rating information, for example.*



ranking the search results based on ratings

https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents

**What does the survey look like?**

There are different surveys depending on the event. For example, there would be a different survey for a home offer versus a home tour.

The survey itself is broken into two smaller surveys. The first survey is the same for all events and asks:

1. How likely are you to recommend your agent's real estate services to a friend or acquaintance? (Rated from 0 to 10, with 10 being the strongest possible recommendation.)
2. Please review your experience with your agent.
3. Can we anonymously share your comments about your agent with other Redfin website users? *We will never share your name, email, or other contact information.*

If you worked with a Redfin Partner Agent, your survey may include additional questions about your experience.

Once the client submits the first survey, the client may be taken to a longer second survey. The second survey asks questions that are specific to the event. These responses are used internally for things like developing demographic statistics and are not directly displayed on Redfin.com.
https://support.redfin.com/hc/en-us/articles/360008006632-Redfin-Survey-FAQs#h_01GBE4VCH6KX10C77NBK29QFGC

Once the client submits the first survey, the client may be taken to a longer second survey. The second survey asks questions that are specific to the event. These responses are used internally for things like developing demographic statistics and are not directly displayed on Redfin.com.



https://support.redfin.com/hc/en-us/articles/360008006632-Redfin-Survey-FAQs#h_01GBE4VCH6KX10C77NBK29QFGC

**How is the star rating calculated?**

The star rating is the average of all of the returned ratings. The returned rating is actually measured on a scale from 0 to 10. All ratings are averaged and then divided by 2 to get the overall star rating.

**Back to top**

**What question is asked to get that agent rating?**

The question is, "How likely are you to recommend [Redfin Agent]'s services to a friend or acquaintance?" It is considered by many experts to be the best question to determine customer satisfaction. Clients can answer on a scale from 0 to 10, with 10 being most likely to recommend Redfin. This is used to calculate the agent rating and Redfin's overall Net Promoter Score for the agent(NPS). This score is divided by 2 to get the star rating for each review.

https://support.redfin.com/hc/en-us/articles/360008006632-Redfin-Survey-FAQs#h_01GBE4VCH6KX10C77NBK29QFGC



https://www.redfin.com/real-estate-agents/ronald-castagno

| | |
|---|---|
| generating, for presentation, seller-specific information for each of the search results that are in the second set of search results, wherein seller-specific information comprises the name of a selling entity, the company associated with each selling | The accused instrumentality discloses generating, for presentation (e.g., display to the user), seller-specific information (e.g., Agent's name, Team, properties sold, etc.) for each of the search results (e.g., set of Redfin Partner Agents) that are in the second set of search results, wherein seller-specific information comprises the name of a selling entity (e.g., agent name, etc.), the company (e.g., agent's Team, etc.) associated with each selling entity (e.g., real estate agents, etc.), and one or both of a product or service (e.g., service given by real estate agent, etc.) that each selling entity (e.g., real estate agent, etc.) is associated with.

As shown, when a customer enters keywords to search for an agent in the search |

entity, and one or both of a product or service that each selling entity is associated with; and

**Col 9: lines 25-31**

*In block 120, for each of the search results for which seller-specific information was generated, that seller-specific information is presented to the user who submitted the query terms. <u>For example, the seller-specific information may appear in close proximity to (e.g., immediately underneath) each search result in an ordered list of search results presented to the user via the user's browser.</u>*

bar, the accused instrumentality displays the relevant agents based on the query. The list of displayed agents includes their listings, sales, etc. as set by the business individuals (seller entity) in the accused instrumentality.

### Partner agents in Texas

When a Redfin agent isn't available, we recommend a partner agent from another brokerage. When you work with a partner agent you can expect the same high level of service as a Redfin agent. Find out more



**David Sherbow**
**5.0** ★★★★★
16 reviews
Partner agent from Vybe Realty
2 recent deals



**Aly Anderson Home Group**
**5.0** ★★★★★
13 reviews
Team of 5 agents
Partner agent from Keller Williams Gateway
23 recent deals



**Jenny Cuevas**
**5.0** ★★★★★
8 reviews
Partner agent from Samson Properties
13 recent deals

https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents



PARTNER AGENT ⓘ

# Aly Anderson Home Group

5.0 ★★★★★  13 Reviews  |  Team of 5 agents

**Brokerage:** Keller Williams Gateway

**Homes Closed:** 176

**Neighborhoods:** Abingdon · Pittsville · Chambersburg · Joppatowne

💬 **Ask a Question**

https://www.redfin.com/real-estate-agents/alyson-anderson-home-group

## About the Team

*Company information*

Welcome to Aly Anderson Home Group – your friendly neighborhood experts for all things home-related and community-driven. Our mission is to empower individuals to achieve their dreams of homeownership while providing tailored investment solutions to build lasting wealth.

*Team information*


**Jan Freund**
Agent License #: 646747


**Paul Rose**
Agent License #: 5014191


**Aly Anderson**
Agent License #: 5001266


**Maggie Lorenz**
Agent License #: 5009981


**Michael Cover**
Agent License #: 5012417

https://www.redfin.com/real-estate-agents/alyson-anderson-home-group



https://www.redfin.com/real-estate-agents/alyson-anderson-home-group

| | |
|---|---|
| presenting seller-specific information in connection with only those search results for which seller-specific information was generated. | The accused instrumentality discloses presenting seller-specific information (e.g., Agent's name, Team, properties sold, etc.) in connection with only those search results for which seller-specific information was generated (e.g., generated Agent's profile information including Agent's name, Team, properties sold, etc.).<br><br>As shown below, the profile page comprises information about company name, |

location, no. of staff, categories in which they operate, etc., based on these categories search results are recommended.

---

## Partner agents in Texas

When a Redfin agent isn't available, we recommend a partner agent from another brokerage. When you work with a partner agent you can expect the same high level of service as a Redfin agent. Find out more



**David Sherbow**

5.0 ★★★★★

16 reviews

Partner agent from Vybe Realty

2 recent deals



**Aly Anderson Home Group**

5.0 ★★★★★

13 reviews

Team of 5 agents

Partner agent from Keller Williams Gateway

23 recent deals



**Jenny Cuevas**

5.0 ★★★★★

8 reviews

Partner agent from Samson Properties

13 recent deals

https://www.redfin.com/neighborhood/16420/MD/Cockeysville/Texas/real-estate/agents



PARTNER AGENT ⓘ

# Aly Anderson Home Group

5.0 ★★★★★ 13 Reviews | Team of 5 agents

**Brokerage:** Keller Williams Gateway

**Homes Closed:** 176

**Neighborhoods:** Abingdon · Pittsville · Chambersburg · Joppatowne

🗨 Ask a Question



https://www.redfin.com/real-estate-agents/alyson-anderson-home-group

## About the Team

Company information

Welcome to Aly Anderson Home Group – your friendly neighborhood experts for all things home-related and community-driven. Our mission is to empower individuals to achieve their dreams of homeownership while providing tailored investment solutions to build lasting wealth.

Team information


**Jan Freund**
Agent License #: 646747


**Paul Rose**
Agent License #: 5014191


**Aly Anderson**
Agent License #: 5001266


**Maggie Lorenz**
Agent License #: 5009981


**Michael Cover**
Agent License #: 5012417

https://www.redfin.com/real-estate-agents/alyson-anderson-home-group



https://www.redfin.com/real-estate-agents/alyson-anderson-home-group