AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| Querytron-Heggem LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:24-cv-558 |
| Redfin Corporation | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Querytron-Heggem LLC.

Date: 10/19/2024

/s/ Isaac Rabicoff
*Attorney's signature*

Isaac Rabicoff
*Printed name and bar number*

Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315, Chicago, IL 6061
7736694590
*Address*

isaac@rabilaw.com
*E-mail address*

(773) 669-4590
*Telephone number*

*FAX number*